# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

133725

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

RICHARD PERRY BRYANT,
   Defendant-Appellant.
_____

SC: 133725
COA: 247039
Wayne CC: 02-005508


   On order of the Court, in conformity with the mandate of the Supreme Court of the United States the judgment and opinion of this Court dated June 10, 2009 (reported at 483 Mich 132) are VACATED.  The judgment of the Circuit Court for the County of Wayne and the Court of Appeals are AFFIRMED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2011

Clerk